UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                                          CASE NO. 1:01-CR-100

v.

                                                          HON. ROBERT HOLMES BELL

DEQUON DELANO COTTON,

    Defendant.
                                       /

### **ORDER DENYING MOTION TO CLARIFY OR CORRECT SENTENCE**

On January 24, 2006, the Court sentenced defendant to the custody of the Bureau of Prisons for a term of 120 days. The Court indicated on the Judgment that it had no objection to the defendant serving his term of incarceration in a half-way house setting with electronic tether.

Now before the Court is defendant's motion to clarify or correct sentence (docket #43). It appears the defendant would like the Court to correct its sentence as the Bureau of Prisons will not honor a judicial recommendation that a term of confinement be served by community confinement or tether.

The Court will respectfully **DENY** the defendant's motion as the reference to a half-way house setting was solely a *recommendation*, as this Court is aware it is the responsibility of the Bureau of Prisons to determine where a defendant serves his or her term of incarceration.

Date:   February 21, 2006           /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                CHIEF UNITED STATES DISTRICT JUDGE